**Motion granted; Order filed March 2, 2017.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-16-01020-CV

————————

**ARTURO GUAJARDO INDIVIDUALLY AND DERIVATIVELY AS A SHAREHOLDER, MEMBER OR PARTY IN BUYER DEVELOPMENT SERVICES, INC. A.K.A. IMPROVE MY CREDIT USA, Appellant**

**V.**

**TROY HITT, JOE ORSAK, RANDALL CHESNUTT, AND BUYER DEVELOPMENT SERVICES, INC., Appellees**

---

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2015-04657**

---

## ORDER

On February 8, 2017, the parties filed a joint agreed motion for briefing schedule. The motion is granted.

Accordingly, we order the following:

Appellant/cross-appellee Arturo Guajardo's opening brief is due 30 days after the filing of the complete appellate record. It is limited to 15,000 words.

Appellees/cross-appellants Troy Hitt, Joe Orsak, Randall Chesnutt, and Buyer Development Services, Inc.'s ("Hitt, et al.") combined brief is due 30 days after the filing of Guajardo's brief. It is limited to 22,000 words total: 15,000 for appellees' brief and 7,000 for cross-appellants' opening brief.

Guajardo's combined reply brief is due 30 days after the filing of Hitt, et al.'s combined brief. It is limited to 12,000 words total: 5,000 for appellant's reply brief and 7,000 for cross-appellee's brief.

Hitt, et al.'s reply brief is due 20 days after the filing of Guajardo's combined reply brief. It is limited to 5,000 words.

The aggregate of all briefs will not exceed 27,000 words for each party.


PER CURIAM


Panel consists of Justices Christopher, Busby, and Jewell.